IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| P&P CONSTRUCTION GROUP, LLC., et al.,[1] | § § | Case No. 23-90292 (CML) |
| | § | |
| | § | |
| *Debtors.* | § | Jointly Administered |

REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS
PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Markel Insurance Company ("**Markel**"), a creditor and party in interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Markel in this case be given to and served upon its attorneys of record at the following address:

> Duane J. Brescia
> Clark Hill PLC
> 720 Brazos, Suite 700
> Austin, TX 78701
> (512) 499-3647 (direct)
> (512) 499-3660 (fax)
> DBrescia@clarkhill.com

Markel also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: P&P Construction Group, LLC. (4071); and BRH-Garver Construction, LLC (8315).  The address of the Debtors' principal place of business is 7600 S. Santa Fe Drive, Building D, Houston, Texas  77061.
.

Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Markel intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Markel to have final orders in non-core maters entered only after de novo review by a District Judge, (b) the right of Markel to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Markel to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Markel may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Markel expressly reserves.

Respectfully submitted,

/s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
**CLARK HILL PLC**
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3647
512.499.3660 (Facsimile)
dbrescia@clarkhill.com

**Attorneys for Markel Insurance Company**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CM/ECF to all parties entitled to such notice on this the 14th day of April, 2023.

*/s/ Duane J. Brescia*
Duane J. Brescia