# Exhibit A

# Proposed Budget

|  | **1**<br>**4/17/2023** | **2**<br>**4/24/2023** | **3**<br>**5/1/2023** | **4**<br>**5/8/2023** | **1-4**<br>**Cumulative** |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | |
| 429 - 84" Waterline | $525,583 | $0 | $0 | $124,000 | $649,583 |
| 432 - Park Ten | $1,320,317 | $0 | $1,987,568 | $0 | $3,307,885 |
| 439 - Chelford 2 | $278,975 | $0 | $0 | $1,056,233 | $1,335,208 |
| 440 - Chelford 3 | $0 | $0 | $0 | $207,748 | $207,748 |
| 441 - LSRR | $0 | $0 | $0 | $414,820 | $414,820 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Retention | $0 | $0 | $0 | $0 | $0 |
| **Receipts** | **$2,124,875** | **$0** | **$1,987,568** | **$1,802,800** | **$5,915,244** |
| **Payroll** | | | | | |
| 432 - Park Ten | $61,789 | $61,789 | $61,789 | $61,789 | $247,155 |
| 439 - Chelford 2 | $29,862 | $29,862 | $29,862 | $29,862 | $119,448 |
| 440 - Chelford 3 | $29,862 | $29,862 | $29,862 | $29,862 | $119,448 |
| 441 - LSRR | $14,900 | $14,900 | $14,900 | $14,900 | $59,600 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $24,661 | $24,661 | $24,661 | $24,661 | $98,645 |
| Corporate | $26,006 | $26,006 | $26,006 | $26,006 | $104,026 |
| **Wages** | **$187,080** | **$187,080** | **$187,080** | **$187,080** | **$748,322** |
| Payroll Burden | $65,478 | $65,478 | $65,478 | $65,478 | $261,913 |
| Auto Allowance | $0 | $40,063 | $0 | $0 | $40,063 |
| **Total Payroll** | **$252,559** | **$292,621** | **$252,559** | **$252,559** | **$1,050,297** |
| **Other Operating Expenses** | | | | | |
| Shop Truck (MobilLease) | $0 | $0 | $1,262 | $0 | $1,262 |
| **Rent** | | | | | |
| 432 - Park Ten | $1,228 | $1,228 | $0 | $0 | $2,456 |
| 439 - Chelford 2 | $350 | $350 | $0 | $0 | $700 |
| 440 - Chelford 3 | $350 | $350 | $0 | $0 | $700 |
| 441 - LSRR | $2,228 | $2,228 | $0 | $0 | $4,456 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $7,390 | $7,390 | $0 | $0 | $14,780 |
| Corporate | $6,060 | $0 | $0 | $6,060 | $12,121 |
| **Total Rent** | **$17,607** | **$11,546** | **$0** | **$6,060** | **$35,213** |
| **Utilities** | | | | | |
| 432 - Park Ten | $1,180 | $0 | $0 | $0 | $1,180 |
| 439 - Chelford 2 | $717 | $0 | $0 | $0 | $717 |
| 440 - Chelford 3 | $1,380 | $0 | $0 | $0 | $1,380 |
| 441 - LSRR | $1,987 | $0 | $0 | $0 | $1,987 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $891 | $0 | $0 | $0 | $891 |
| Corporate | $0 | $0 | $0 | $0 | $0 |
| **Total Utilities** | **$6,156** | **$0** | **$0** | **$0** | **$6,156** |
| **Rental Equipment** | | | | | |
| 432 - Park Ten | $115,754 | $0 | $0 | $115,754 | $231,508 |

|  | 1<br>4/17/2023 | 2<br>4/24/2023 | 3<br>5/1/2023 | 4<br>5/8/2023 | 1-4<br>Cumulative |
|---|---|---|---|---|---|
| 439 - Chelford 2 | $1,465 | $0 | $0 | $1,465 | $2,930 |
| 440 - Chelford 3 | $0 | $0 | $0 | $0 | $0 |
| 441 - LSRR | $18,379 | $0 | $0 | $18,379 | $36,759 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $0 | $0 | $0 | $0 | $0 |
| **Total Rent Equipment** | **$135,598** | **$0** | **$0** | **$135,598** | **$271,197** |
| **1099 Contractors** | | | | | |
| 432 - Park Ten | $2,430 | $2,430 | $2,430 | $2,430 | $9,720 |
| 439 - Chelford 2 | $1,588 | $1,588 | $1,588 | $1,588 | $6,350 |
| 440 - Chelford 3 | $1,081 | $1,081 | $1,081 | $1,081 | $4,325 |
| 441 - LSRR | $2,664 | $2,664 | $2,664 | $2,664 | $10,655 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $0 | $0 | $0 | $0 | $0 |
| **Total 1099 Contractors** | **$7,763** | **$7,763** | **$7,763** | **$7,763** | **$31,050** |
| **Trucking** | | | | | |
| 432 - Park Ten | $2,500 | $2,500 | $2,500 | $2,500 | $10,000 |
| 439 - Chelford 2 | $1,902 | $1,902 | $1,902 | $1,902 | $7,607 |
| 440 - Chelford 3 | $2,189 | $2,189 | $2,189 | $2,189 | $8,754 |
| 441 - LSRR | $2,828 | $2,828 | $2,828 | $2,828 | $11,310 |
| 442 - Laredo | $0 | $0 | $0 | $0 | $0 |
| Shop | $1,181 | $1,181 | $1,181 | $1,181 | $4,725 |
| **Total Trucking** | **$10,599** | **$10,599** | **$10,599** | **$10,599** | **$42,396** |
| **Materials & Consumables** | | | | | |
| 432 - Park Ten | $282,803 | $282,803 | $380,036 | $380,036 | $1,325,676 |
| 439 - Chelford 2 | $42,635 | $42,635 | $166,547 | $166,547 | $418,366 |
| 440 - Chelford 3 | $30,398 | $30,398 | $180,464 | $180,464 | $421,724 |
| 441 - LSRR | $71,407 | $71,407 | $57,813 | $57,813 | $258,440 |
| 442 - Laredo | $47,425 | $47,425 | $47,425 | $47,425 | $189,700 |
| **Total Mat'ls & Consumables** | **$474,668** | **$474,668** | **$832,284** | **$832,284** | **$2,613,906** |
| Critical Vendors | $0 | $0 | $0 | $0 | $0 |
| Past Due Employee Benefits | $75,613 | $0 | $0 | $0 | $75,613 |
| Workers Compensation Insurance | $15,000 | $0 | $0 | $0 | $15,000 |
| Reorganization Expenses | $0 | $75,000 | $0 | $75,000 | $150,000 |
| Other | $12,500 | $12,500 | $12,500 | $12,500 | $50,000 |
| **Net Cash Flow** | **$1,116,812** | **($884,697)** | **$870,602** | **$470,437** | **$1,573,154** |
| Cash, Beginning Balance | $496,519 | $1,613,332 | $728,634 | $1,599,236 | $496,519 |
| Cash, Ending Balance | $1,613,332 | $728,634 | $1,599,236 | $2,069,673 | $2,069,673 |
| **New Billings** | | | | | |
| 429 - 84" Waterline | $124,000 | | | | $124,000 |
| 432 - Park Ten | | $2,500,000 | | $1,400,000 | $3,900,000 |
| 439 - Chelford 2 | | $1,415,613 | | $813,414 | $2,229,026 |
| 440 - Chelford 3 | | $433,779 | | $920,764 | $1,354,543 |
| 441 - LSRR | | $401,000 | | $207,500 | $608,500 |
| 442 - Laredo | | $69,708 | | $34,854 | $104,562 |
| **Total New Billings** | **$124,000** | **$4,820,100** | **$0** | **$3,376,532** | **$8,320,632** |
| **Total Net Cash Flow + New Billings** | | | | | **$9,893,786** |