IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| P&P Construction Group LLC, *et. al.*[1], | § § § | CASE NO. 23-90292 |
| Debtor. | § § § | Jointly Administered |

**NOTICE OF APPEARANCE UDER FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)**

The Official Unsecured Creditors' Committee (the "Committee") requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

> Stephen W. Lemmon
> Rhonda B. Mates
> **Streusand, Landon & Ozburn, LLP**
> 1801 S. Mopac Expressway, Suite 320
> Austin, TX 78746
> (512) 236-9900 (Telephone)
> (512) 236-9904 (Facsimile)
> lemmon@slollp.com
> mates@slollp.com

Mr. Lemmon and Ms. Mates are proposed counsel for the Committee and a formal Application for Retention is being prepared for filing. This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: P&P Construction Group, LLC (4071), and BRH-Garver Construction, LLC (8315). The address of the Debtors' principal place of business is 7600 S. Santa Fe Drive, Building D, Houston, Texas 77061.

"Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, or otherwise which affect or seek to affect these cases.

Dated: May 15, 20234	Respectfully submitted,

**STREUSAND, LANDON OZBURN & LEMMON, LLP**

By: */s/ Stephen W. Lemmon*
   Stephen W. Lemmon
   State Bar No. 12194500
   Rhonda B. Mates
   State Bar No. 24040491
   1801 S. Mopac Expressway, Suite 320
   Austin, Texas 78746
   (512) 236-9900 (Telephone)
   (512) 236-9904 (Facsimile)
   lemmon@slollp.com
   mates@slollp.com

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of May 2023, a true and correct copy of the foregoing document was served via electronic transmission to all registered ECF users appearing in the case.

*/s/ Stephen W. Lemmon*