**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| P&P Construction Group, LLC, et al., | § Case No. 23-90292 |
| | § |
| Debtors. | § Jointly Administered |

**NOTICE OF FILING OF PROPOSED BUDGET**

The above-captioned debtors and debtors in possession (the "***Debtors***") hereby file their proposed budget for the hearing on May 22, 2023 on the pending *Debtors' Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Granting Certain Adequate Protection in Connection Therewith* [Docket No. 23], which is the same budget attached to the Debtors' *Second Interim Cash Collateral Order* Docket No. 123].  This is denoted as "Exhibit 2" on the Debtors' *Witness & Exhibit List* [Docket No. 144] filed May 18, 2023.

Dated: May 22, 2023
Dallas, Texas

Respectfully submitted,

REED SMITH LLP

 */s/ Michael P. Cooley*
Michael P. Cooley (SBN 24034388)
Taylre C. Janak (SBN 24122751)
Devan J. Dal Col (SBN 24116244)
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
(469) 680-4200
mpcooley@reedsmith.com
tjanak@reedsmith.com
ddalcol@reedsmith.com

***Proposed* Attorneys for the Debtors**

## CERTIFICATE OF SERVICE

I certify that on May 22, 2023 a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service in these cases.

_/s/  Michael P. Cooley_
Michael P. Cooley

| | | 1 Week Ending 5/12/23 | 2 Week Ending 5/19/23 | 3 Week Ending 5/26/23 | 4 Week Ending 6/2/23 | 5 Week Ending 6/9/23 | 6 Week Ending 6/16/23 | 7 Week Ending 6/23/23 | 8 Week Ending 6/30/23 | 9 Week Ending 7/7/23 | 10 Week Ending 7/14/23 | 11 Week Ending 7/21/23 | 12 Week Ending 7/28/23 | 13 Week Ending 8/4/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | $1,135,370 | $1,135,370 | $1,135,370 | $1,007,951 | $1,007,951 | $1,007,951 | $1,007,951 | $1,007,951 | $878,067 | $878,067 | $878,067 | $878,067 | $685,270 |
| Accounts Payable | 60% | $681,222 | $681,222 | $681,222 | $604,771 | $604,771 | $604,771 | $604,771 | $604,771 | $526,840 | $526,840 | $526,840 | $526,840 | $411,162 |
| Payroll Equivalents | 5% | $56,768 | $56,768 | $56,768 | $50,398 | $50,398 | $50,398 | $50,398 | $50,398 | $43,903 | $43,903 | $43,903 | $43,903 | $34,264 |
| Billings | | $0 | $0 | $0 | $4,794,708 | $0 | $0 | $0 | $4,994,333 | $0 | $0 | $0 | $0 | $5,031,000 |
| Retainage Billed | | $0 | $0 | $0 | $125,631 | $0 | $0 | $0 | $224,143 | $0 | $0 | $0 | $0 | $209,385 |
| **Total Billings** | | $0 | $0 | $0 | $4,920,339 | $0 | $0 | $0 | $5,218,477 | $0 | $0 | $0 | $0 | $5,240,385 |
| **Cash Receipts** | | | | | | | | | | | | | | |
| **Collections - Active Jobs** | | | | | | | | | | | | | | |
| 432 | | $0 | $0 | $0 | $829,116 | $0 | $0 | $0 | $1,500,000 | $0 | $0 | $0 | $0 | $2,000,000 |
| 439 | | $0 | $0 | $0 | $0 | $475,712 | $0 | $0 | $0 | $1,809,000 | $0 | $0 | $0 | $0 |
| 440 | | $0 | $0 | $0 | $0 | $260,305 | $0 | $0 | $0 | $889,000 | $0 | $0 | $0 | $0 |
| 441 | | $414,820 | $0 | $0 | $0 | $207,488 | $0 | $0 | $0 | $527,000 | $0 | $0 | $0 | $0 |
| 442 | | $0 | $247,197 | $0 | $0 | $0 | $69,708 | $0 | $0 | $0 | $69,708 | $0 | $0 | $0 |
| **Collections - Inactive Jobs** | | | | | | | | | | | | | | |
| 429 | | $105,924 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 430 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 434 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Retention Collections | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $125,631 | $0 | $0 | $0 | $0 |
| **Total Cash Receipts** | | $520,744 | $247,197 | $0 | $829,116 | $943,505 | $69,708 | $0 | $1,500,000 | $3,350,631 | $69,708 | $0 | $0 | $2,000,000 |
| **Variable Cash Disbursements** | | | | | | | | | | | | | | |
| Accounts Payable | | ($150,000) | ($504,162) | ($681,222) | ($681,222) | ($681,222) | ($604,771) | ($604,771) | ($604,771) | ($604,771) | ($604,771) | ($526,840) | ($526,840) | ($526,840) |
| Payroll Equivalents (Subcontractors) | | ($56,768) | ($56,768) | ($56,768) | ($50,398) | ($50,398) | ($50,398) | ($50,398) | ($50,398) | ($43,903) | ($43,903) | ($43,903) | ($43,903) | ($34,264) |
| | | ($206,768) | ($560,931) | ($737,990) | ($731,619) | ($731,619) | ($655,168) | ($655,168) | ($655,168) | ($648,674) | ($648,674) | ($570,744) | ($570,744) | ($561,104) |
| **Fixed Cash Disbursements** | | | | | | | | | | | | | | |
| Payroll, Including Payroll Taxes & 401k | | ($270,000) | ($270,000) | ($300,000) | ($270,000) | ($270,000) | ($270,000) | ($270,000) | ($300,000) | ($270,000) | ($270,000) | ($270,000) | ($300,000) | ($270,000) |
| Rent | | $0 | $0 | $0 | ($13,450) | $0 | $0 | $0 | $0 | ($13,450) | $0 | $0 | $0 | ($13,450) |
| Medical Benefits | | $0 | $0 | $0 | ($95,000) | $0 | $0 | $0 | $0 | ($95,000) | $0 | $0 | $0 | ($95,000) |
| ADP Fees | | $0 | $0 | $0 | ($4,000) | $0 | $0 | $0 | $0 | ($4,000) | $0 | $0 | $0 | ($4,000) |
| WEX - HSA | | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) | ($1,300) |
| Stellar Loan interest | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Stellar Revolver interest | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BankFinancial interest | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Komatsu interest | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| First Insurance Funding | | ($41,321) | ($41,321) | $0 | $0 | $0 | ($41,321) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Alliant Insurance | | ($178,544) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Workers Compensation | | $0 | ($15,000) | $0 | $0 | $0 | ($15,000) | $0 | $0 | $0 | $0 | ($15,000) | $0 | $0 |
| Other | | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) |
| **Total Disbursements** | | ($710,433) | ($901,052) | ($1,051,790) | ($1,127,869) | ($1,015,419) | ($995,289) | ($938,968) | ($968,968) | ($1,044,924) | ($932,474) | ($869,544) | ($884,544) | ($957,354) |
| **Net Cash Flow From Operations** | | ($189,689) | ($653,855) | ($1,051,790) | ($298,753) | ($71,914) | ($925,581) | ($938,968) | $531,032 | $2,305,707 | ($862,766) | ($869,544) | ($884,544) | $1,042,646 |
| **Non-Operating Cash Flow** | | | | | | | | | | | | | | |
| Critical Vendors | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Administrative Expenses | | $0 | ($150,000) | $0 | $0 | $0 | ($150,000) | $0 | $0 | $0 | ($150,000) | $0 | $0 | $0 |
| Capital Expenditures | | ($234,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Asset Sales | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,100,000 | $0 | $0 |
| Cash from (to) Bank | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($2,100,000) | $0 | $0 |
| **Net Cash Flow** | | ($423,689) | ($803,855) | ($1,051,790) | ($298,753) | ($71,914) | ($1,075,581) | ($938,968) | $531,032 | $2,305,707 | ($1,012,766) | ($869,544) | ($884,544) | $1,042,646 |
| **Beginning Cash** | | $4,794,820 | $4,371,131 | $3,567,276 | $2,515,486 | $2,216,732 | $2,144,818 | $1,069,237 | $130,269 | $661,301 | $2,967,007 | $1,954,242 | $1,084,698 | $200,155 |
| **Ending Cash** | | $4,371,131 | $3,567,276 | $2,515,486 | $2,216,732 | $2,144,818 | $1,069,237 | $130,269 | $661,301 | $2,967,007 | $1,954,242 | $1,084,698 | $200,155 | $1,242,801 |
| **Accounts Receivable Beginning** | | $2,610,271 | $2,089,526 | $1,842,329 | $6,637,038 | $5,807,922 | $4,864,417 | $4,794,708 | $9,789,042 | $8,289,042 | $5,064,042 | $4,994,333 | $4,994,333 | $10,025,333 |
| **Accounts Receivable Ending** | | $2,089,526 | $1,842,329 | $1,842,329 | $5,807,922 | $4,864,417 | $4,794,708 | $4,794,708 | $8,289,042 | $5,064,042 | $4,994,333 | $4,994,333 | $4,994,333 | $8,025,333 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending 5/12/23 | Week Ending 5/19/23 | Week Ending 5/26/23 | Week Ending 6/2/23 | Week Ending 6/9/23 | Week Ending 6/16/23 | Week Ending 6/23/23 | Week Ending 6/30/23 | Week Ending 7/7/23 | Week Ending 7/14/23 | Week Ending 7/21/23 | Week Ending 7/28/23 | Week Ending 8/4/23 |
| **Payroll** | | | | | | | | | | | | | |
| 432 - Park Ten | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 |
| 439 - Chelford 2 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 | $45,000 |
| 440 - Chelford 3 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 |
| 441 - LSRR | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 | $16,000 |
| 442 - Laredo | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Corporate | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| **Wages** | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 | $195,000 |
| Payroll Burden | $60,000 | $60,000 | $90,000 | $60,000 | $60,000 | $60,000 | $60,000 | $90,000 | $60,000 | $60,000 | $60,000 | $90,000 | $60,000 |
| 401K | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| **Total Payroll** | $270,000 | $270,000 | $300,000 | $270,000 | $270,000 | $270,000 | $270,000 | $300,000 | $270,000 | $270,000 | $270,000 | $300,000 | $270,000 |
| **Total Budget** | $270,000 | $270,000 | $300,000 | $270,000 | $270,000 | $270,000 | $270,000 | $300,000 | $270,000 | $270,000 | $270,000 | $300,000 | $270,000 |
| Variance | | | | | | | | | | | | | |
| Variance % | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Project payments** | | | | | | | | | | | | | |
| 432 - Park Ten | $103,384 | $280,465 | $368,995 | $365,810 | $365,810 | $327,584 | $327,584 | $327,584 | $324,337 | $324,337 | $285,372 | $285,372 | $280,552 |
| 439 - Chelford 2 | $41,354 | $112,186 | $147,598 | $146,324 | $146,324 | $131,034 | $131,034 | $131,034 | $129,735 | $129,735 | $114,149 | $114,149 | $112,221 |
| 440 - Chelford 3 | $33,083 | $89,749 | $118,078 | $117,059 | $117,059 | $104,827 | $104,827 | $104,827 | $103,788 | $103,788 | $91,319 | $91,319 | $89,777 |
| 441 - LSRR | $28,948 | $78,530 | $103,319 | $102,427 | $102,427 | $91,724 | $91,724 | $91,724 | $90,814 | $90,814 | $79,904 | $79,904 | $78,555 |
| 442 - Laredo | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Shop | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |
| **Total project payments** | $206,768 | $560,931 | $737,990 | $731,619 | $731,619 | $655,168 | $655,168 | $655,168 | $648,674 | $648,674 | $570,744 | $570,744 | $561,104 |
| **Total project payments budget** | $206,768 | $560,931 | $737,990 | $731,619 | $731,619 | $655,168 | $655,168 | $655,168 | $648,674 | $648,674 | $570,744 | $570,744 | $561,104 |
| Variance | | | | | | | | | | | | | |
| Variance % | | | | | | | | | | | | | |